**MORGAN, LEWIS & BOCKIUS LLP**
*(Pennsylvania Limited Liability Partnership)*
502 Carnegie Center
Princeton, New Jersey 08540-7814
Blair J. Robinson
Jason J. Ranjo
(609) 919-6669
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT MARGOLIS, et al., | Civil Action No.: 17-4550 (JMV) (JBC) |
| Plaintiffs, | **Oral Argument Requested** |
| v. | |
| WARNER CHILCOTT (US) LLC, ALLERGAN PLC, | <u>**Electronically Filed**</u> |
| Defendants. | **Motion Day: September 17, 2018** |

To: Ralph Desimone, Esq.
DESIMONE & ASSOCIATES, LLC
One World Trade Center, Suite 8500
New York, NY 10007
212-220-6555

Michael B. Wolk, Esq.
Law Offices of Michael B. Wolk, P.C.
31 West 34th Street, Suite 7040
New York, New York 10001
Tel: 917-238-0576
Fax: 973-535-1148

*Attorneys for Plaintiffs*

**PLEASE TAKE NOTICE** that on September 17, 2018, or as soon thereafter as may be heard, Defendants Warner Chilcott (US), LLC and Allergan plc (collectively, "Defendants"), by and through their attorneys, Morgan, Lewis & Bockius LLP, will move the Court, in accordance with Federal Rule of Civil Procedure 12(b)(6), for an Order dismissing in their entirety with prejudice and without leave to amend the claims brought against them by Plaintiffs.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants will rely upon the accompanying Memorandum of Law, Declaration of Jason J. Ranjo with exhibits, and, if permitted by the Court, oral argument of the parties, and that Defendants have submitted a Proposed Order.

Dated:  August 14, 2018               Respectfully submitted,

                                      MORGAN, LEWIS & BOCKIUS LLP

                                      s/ Jason J. Ranjo
                                      Blair J. Robinson
                                      Jason J. Ranjo
                                      502 Carnegie Center
                                      Princeton, New Jersey 08540

                                      *Attorneys for Defendants*